

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Jason Ward
(Please print)

STREET ADDRESS: 2248 West Belmont

CITY/STATE/ZIP: Chicago, IL 60618

PHONE NUMBER: (773) 506-4545

CASE NUMBER: 08CV1936
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE SCHENKIER

_____    April 4, 2008
Signature                    Date

FILED
APR 04 2008   NF
Apr 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT