IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

F I L E D

APR 1 1 2008
Apr 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JASON WARD,
   Plaintiff,

v.

COLLECTO, INC.; D/B/A "CCA";
D/B/A
"COLLECTION COMPANY OF AMERICA"
   Defendant.

Civil Action No. 08CV 1936

JUDGE DER-YEGHIAYAN

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiff is Jason Ward; defendant is Collecto, Inc.; d/b/a "CCA", d/b/a "Collection Company of America".

2. On April 4th, 2008, plaintiff sued defendant.

3. Defendant has been served with process and has not filed an answer or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not filed nor dismissed any other action based on or including the same claims as those presented in this suit.

8. Plaintiff and Defendant have through amicable negotiation agreed to a mutually satisfactory settlement which eliminates any requirement to litigate this matter.

9. This dismissal is with prejudice to refilling.

Respectfully submitted,

By: _____

Jason Ward, Pro Se

2248 West Belmont

Chicago, IL  60618

Tel. (773) 506-4545

Email: jward@ktrk-tv.com

### Certificate of Service

I certify that a copy of this Notice of Dismissal was served on Mr. Michael S. Kraft, who is the attorney for Defendant, and whose address is 30 Coach Lane Westwood, MA 02090, telephone number (781)707-3883, by fax to fax number (781) 707-3883.

_____

Jason Ward, Plaintiff, Pro Se